UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMEDSALEEM MUBARAK ALI,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | No.  2:25-cv-02158 DJC CKD (PS)<br><br><br><br>ORDER |

Plaintiff, proceeding pro se and in forma pauperis, brings this action against the United States Citizenship and Immigration Services ("USCIS") alleging unreasonable delay in scheduling an interview for his application for asylum. The court previously found that plaintiff stated a cognizable claim and that service was appropriate for defendant USCIS.  On October 28, 2025, the Clerk of Court notified plaintiff that, pursuant to Rule 4 (i)(2) of the Federal Rules of Civil Procedure, service on a Federal Agency must include service on the agency and the United States.  Plaintiff has yet to serve the United States in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The United States Marshal is directed to serve within fifteen days of the date of this order, all process pursuant to Fed. R. Civ. P. 4(i), including a copy of this court's order setting status conference, without prepayment of costs.

2. The Clerk of the Court shall send plaintiff a USM-285 form, a summons, a copy of the

complaint, and this court's order setting status conference.

3. Plaintiff is directed to provide to the United States Marshal (501 I St., 5th Floor, Sacramento, CA 95814), within fourteen days from the date this order is filed, all information needed by the Marshal to effect service of process on the United States, including all information required for proper service of summons under Federal Rule of Civil Procedure 4.

4. Service is appropriate for the United States at the following address: Civil Process Clerk, United States Attorney's Office, Robert T. Matsui United States Courthouse, 501 I Street, Suite 10-100, Sacramento, CA 95814.

5. Plaintiff shall file a statement with the court that said documents have been submitted to the United States Marshal, along with a copy of the information provided to the Marshal. The court anticipates that, to effect service on the United States, the U.S. Marshal will require at least:

   a. One completed summons;
   b. One completed USM-285 form;
   c. One copy of the endorsed filed complaint, with an extra copy for the U.S. Marshal;
   d. One copy of the instant order.

6. In the event the U.S. Marshal is unable, for any reason whatsoever, to effectuate service on the United States within 15 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

7. The Clerk of the Court is directed to serve a copy of this order on the United States Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

Dated: November 4, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/ali2158.service2

2